RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 11/10/11
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WILLIAM S. LYNCH<br>FED. REG.#32206-037 | CIVIL ACTION NO. 2:10-cv-129 |
| VS. | SECTION P |
| J.P. YOUNG | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITH PREJUDICE for failing to state a claim for which relief might be granted.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 14th day of November, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE